**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**HON. ROY K. ALTMAN**

**ORDER REFERRING CERTAIN MATTERS TO MAGISTRATE JUDGE**

Pursuant to Federal Rule of Civil Procedure 72, 28 U.S.C. § 636, and this District's Magistrate Judge Rules, we hereby **REFER** the cases listed on Exhibit A to United States Magistrate Judge Eduardo Sanchez for rulings on all pre-trial non-dispositive and discovery matters.

**The parties shall not file any written discovery motions, including motions to compel, for protective order, or for sanctions, without the consent of the Magistrate Judge.** Counsel must actually confer and engage in reasonable compromise in a genuine effort to resolve their discovery disputes before seeking the Court's intervention. The Court may impose sanctions, monetary or otherwise, if it determines that a party has improperly sought or withheld discoverable material in bad faith. If, after conferring, the parties are unable to resolve their discovery dispute without Court intervention, they shall **not** file written motions. Rather, the "moving party" shall follow Magistrate Judge Sanchez's standard discovery procedures, which can be found through the following link: [Discovery Procedures for Judge Sanchez.pdf (uscourts.gov)](#).

**DONE AND ORDERED** in the Southern District of Florida on March 2, 2024.

_____
ROY K. ALTMAN
UNITED STATES DISTRICT JUDGE

cc: counsel of record

**EXHIBIT A**

|    | Case Number   | Case Name |
|----|---------------|-----------|
| 1  | 24-cv-20705   | Reiter v. Reliance Standard Life Insurance Company |
| 2  | 24-cv-20654   | Hugo Boss AG v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A |
| 3  | 24-cv-20635   | Burke v. UNUM Life Insurance Company of America |
| 4  | 24-cv-20645   | Shipe v. Royal Caribbean Cruises Ltd. |
| 5  | 24-cv-20595   | Gonzalez v. NY Sanba LLC |
| 6  | 24-cv-20576   | Branyon v. Carnival Corporation |
| 7  | 24-cv-20434   | Slater v. Carnival Corporation |
| 8  | 24-cv-20314   | Shanahan v. Royal Caribbean Cruises Ltd. |
| 9  | 24-cv-20295   | Rodriguez Guerrero v. Herrera et al |
| 10 | 24-cv-20265   | Alvarez v. Secretary of Department of Homeland Security et al |
| 11 | 24-cv-20224   | Joe Hand Promotions, Inc v. Mau Miami LLC et al |
| 12 | 24-cv-20545   | Hasnutdinova v. Vermont Service Center Director, U.S. Citizenship and Immigration Services et al |
| 13 | 24-cv-20076   | Kargashina et al v. USCIS et al |
| 14 | 24-cv-20205   | Riad v. USCIS et al |
| 15 | 23-cv-22264   | Tuso v. Lennar Corporation |
| 16 | 24-cv-20045   | Gordon v. LVNV Funding et al |
| 17 | 24-cv-20766   | Hernandez v. Echarte et al |
| 18 | 24-cv-20726   | Van Schaick v. State of Florida |
| 19 | 24-cv-20335   | Danziger Kosher Tours LLC et al v. Corporacion Hotelera Hispano Mexicana S.A. de C.V. et al |
| 20 | 23-cv-24805   | Rotonde et al v. Celebrity Cruises Inc. et al |
| 21 | 23-cv-24126   | Saint Juste v. Carnival Cruise Line |
| 22 | 24-cv-20525   | Tabraue et al v. Scottsdale Insurance Company |
| 23 | 23-cv-21875   | Med-Stop, Inc. v. VANDUTCH, INC. et al |
| 24 | 23-cv-22055   | Professional Consulting Services S.A.S. v. Inmigracion Pro, LLC et al |
| 25 | 23-cv-21834   | Rodriguez v. BJ'S Restaurants, Inc. et al |
| 26 | 24-cv-20425   | Lucius v. Timothy Oulton Retail USA Corporation |
| 27 | 24-cv-20264   | Lewis, Jr. v. Carnival Corporation |
| 28 | 23-cv-24595   | Maiz v. United States of America |
| 29 | 23-cv-24854   | Valle v. Grupo Victoria Restaurant Corp. et al |
| 30 | 24-cv-20160   | Mayer v. Carnival Corporation |
| 31 | 23-cv-24284   | Associated Energy Group, LLC v. Department of Defense et al |
| 32 | 23-cv-22455   | Healthcare Ally Management of California, LLC v. Unitedhealthcare Services, Inc. |
| 33 | 23-cv-24255   | GEEKCOMMERCE LLC v. The Individuals, Partnerships, and Unincorporated Associations identified on Schedule A |
| 34 | 24-cv-20796   | Ramos v. NCL (BAHAMAS) LTD., |