UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cv-20796-ALTMAN/Sanchez

**DENISE RAMOS**,

    *Plaintiff*,

v.

**NCL (BAHAMAS) LTD.**,

    *Defendant*.

_____/

## ORDER TO SHOW CAUSE

Federal Rule of Civil Procedure 4(m) requires the Plaintiff to serve the summons and complaint on each defendant within 90 days after the filing of the complaint. *See* FED. R. CIV. P. 4(m). The Plaintiff filed this action on February 29, 2024, giving it until May 29, 2024, to perfect service. *See* Complaint [ECF No. 1]. As of this writing, however, the Plaintiff hasn't filed proof of service on the Defendant. *See generally* Docket. Accordingly, we hereby **ORDER** the Plaintiff to serve the Defendant and to file proof of service on the docket by **May 29, 2024**. Failure to serve by that date will result in dismissal without further notice.

**DONE AND ORDERED** in the Southern District of Florida on April 29, 2024.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record